# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

CHARLES R. DUNLAP

WARRANT FOR ARREST

CASE NUMBER: 2:06mj107-VPM

RECEIVED
2006 OCT 23  A 11: 06
UNITED STATES MARSHALS SERVICE
MIDDLE ALABAMA

RETURNED AND FILED
NOV 1 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __CHARLES R. DUNLAP__
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐Indictment  ☐Information  ☒Complaint  ☐Order of court  ☐Violation Notice  ☐Probation Violation Petition

charging him or her with (brief description of offense)

> by force, violence and intimidation, did take approximately $1,813.00 in United States Currency, which was in the care, custody and control of Compass Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation,

in violation of Title __18__, United States Code, Section(s) __2113__.

| | |
|---|---|
| VANZETTA P. McPHERSON | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Vanzetta Penn McPherson | October 23, 2006    Montgomery, Alabama |
| Signature of Issuing Officer | Date and Location |

(By) Deputy Clerk

Bail fixed at $_____ by _____

Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 10/23/06 | NAME AND TITLE OF ARRESTING OFFICER Special Agent John Drew, FBI | SIGNATURE OF ARRESTING OFFICER /s/ |
|---|---|---|
| DATE OF ARREST 10/31/06 | | |