## MINUTES

### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **HON. CHARLES S. COODY** | **AT** | Montgomery, Alabama |
| **DATE COMMENCED:** 11/8/06 | **AT** | Digital Recorded: |
| **DATE COMPLETED:** 11/8/06 | **TO** | 10:02 A.M. - 10:26 A.M. |

UNITED STATES OF AMERICA      *
                              *
                              *
VS.                           *   CASE NO. 2:06MJ-107-VPM
                              *
RICHARD A. EVANS              *
CHARLES R. DUNLAP             *
                              *

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. A. Clark Morris | | Atty. Michael Petersen (Deft Evans) |
| | | Atty. Samuel Walker ( Deft Evans) |
| | | Atty. Paul Cooper (Deft Dunlap) |

### COURT OFFICIALS PRESENT:

Court Room Deputy: WANDA STINSON            Law Clerk: Corrie Long

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS: <u>PRELIMINARY HEARING</u>

# SEE MINUTES ATTACHED

| **LOG OF PROCEEDINGS ELECTRONICALLY RECORDED** |
|---|---|---|
| Description | \multicolumn{2}{l|}{Preliminary Examination - 06mj107-VPM} |
| Date | 11/ 8 /2006 | Location  Courtroom 4B |

| Time | Speaker | Note |
|---|---|---|
| 10:02:52 AM | Court | Court convenes; parties present as noted; Discussions of the motion for detention - Defts waived their rights to detention hrg, ; Court orders that the motions are denied as moot; Defts to remain in custody pending further proceedings; |
| 10:03:55 AM | Atty. Petersen | Deft Evans waives preliminary hrg. |
| 10:04:00 AM | Atty. Cooper | Deft Dunlap will proceed with the hearing; |
| 10:04:08 AM | Court | Counsel for Deft Evans and Deft Evan can remain in court for the hearing for the Dunlap proceeding; |
| 10:04:12 AM | Atty. Morris | Calls Detective C. J. Butterbaugh; witness is sworn and seated;   Discussion of the bank robbery that occurred on October 18, 2006; Discussion of the victim teller statement; Discussion of the photo line up; |
| 10:14:00 AM | Atty. Cooper | Cross - examination ;  Discussions as to statements taken of victims  as the bank; Discussion of the video;  Discussion of any threats made; |
| 10:23:31 AM | Atty. Morris | Re- direct;  discussion of the demeanor of the victim teller and what was said to him; |
| 10:24:14 AM | Atty. Cooper | Re-Cross;  Discussions as to the threat; |
| 10:25:51 AM | Court | Witness is excused; |
| 10:25:56 AM | Atty. Morris | Govt. rest; |
| 10:26:01 AM | Atty Cooper | Have no witnesses to call; |
| 10:26:04 AM | Court | Based on the evidence presented in court, Court finds that with respect to Deft Dunlap, there is probable casue to believe that a crime as been committed and that he committed it; therefore, he is bound over for further proceedings with the court. |

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| VS. | * | CASE NO.  2:06MJ-107-VPM |
| | * | |
| RICHARD A. EVANS | * | |
| CHARLES R. DUNLAP | * | |
|     Defendant | * | |

WITNESS LIST:

| GOVERNMENT | DEFENDANT |
|---|---|
| 1.  Det. C. J. Butterbaugh | N/A |