FILED
NOV 16
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 2:06CR267-WKW |
| v. ) | [18 U.S.C. 2113(a) and 2] |
| ) | |
| RICHARD A. EVANS, and ) | **INDICTMENT** |
| CHARLES R. DUNLAP ) | |

The Grand Jury charges that:

COUNT 1

On or about the 18th day of October, 2006, in Montgomery County, within the Middle District of Alabama, the defendants,

RICHARD A. EVANS, and
CHARLES R. DUNLAP

each aided and abetted by the other, by force, violence and intimidation did take from the person and presence of another, approximately $1,813.00 in currency belonging to and in the care, custody, control, management and possession of Compass Bank, located at 3508 Eastdale Mall, Montgomery, Alabama, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
A. CLARK MORRIS
Assistant United States Attorney