IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06cr267-WKW |
| | ) | |
| CHARLES R. DUNLAP | ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:    United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for November 29, 2006 in the above-styled case.

You are DIRECTED to produce the following named prisoner: Richard A. Evans before the United States District Court at Courtroom 4-B on the 29th day of November, 2006, at 10:00 a.m.

DONE, this the 17th day of November, 2006.

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk