**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE:
334 954-3600

November 27, 2006

# NOTICE OF CORRECTION

TO:             ALL COUNSEL OF RECORD

FROM:        Sheila Carnes, Senior Courtroom Deputy

SUBJECT:   United States of America v Robert A Evans and Charles R. Dunlap
                     Cr No. 2:06cr267-WKW

The Indictment filed in the above-styled case on November 16, 2006, and the November 17, 2006, Orders to Produce the defendants for the November 29, 2006, arraignment docket are attached. hereto.  It has come to my attention that these documents were not served on you when filed.

If you have any questions, please contact me at 334 954-3972.

FILED
NOV 16
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR267-WKW |
| | ) | [18 U.S.C. 2113(a) and 2] |
| RICHARD A. EVANS, and | ) | |
| CHARLES R. DUNLAP | ) | **INDICTMENT** |

The Grand Jury charges that:

COUNT 1

On or about the 18th day of October, 2006, in Montgomery County, within the Middle District of Alabama, the defendants,

RICHARD A. EVANS, and
CHARLES R. DUNLAP

each aided and abetted by the other, by force, violence and intimidation did take from the person and presence of another, approximately $1,813.00 in currency belonging to and in the care, custody, control, management and possession of Compass Bank, located at 3508 Eastdale Mall, Montgomery, Alabama, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

/s/ Janice Davis Williams
Foreperson

/s/ Leura G. Canary
LEURA G. CANARY
United States Attorney

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06cr267-WKW |
| | ) | |
| RICHARD A. EVANS | ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:    United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for November 29, 2006 in the above-styled case.

You are DIRECTED to produce the following named prisoner: Richard A. Evans before the United States District Court at Courtroom 4-B on the 29th day of November, 2006, at 10:00 a.m.

DONE, this the 17th day of November, 2006.

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06cr267-WKW |
| | ) | |
| CHARLES R. DUNLAP | ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for November 29, 2006 in the above-styled case.

You are DIRECTED to produce the following named prisoner: Richard A. Evans before the United States District Court at Courtroom 4-B on the 29th day of November, 2006, at 10:00 a.m.

DONE, this the 17th day of November, 2006.


DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

By:  /s/ Deputy Clerk