**COURTROOM DEPUTY MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

DATE: 11/29/2006
DIGITAL RECORDING: 10:16 - 10:24 am

- ☐ INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☑ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd
DEPUTY CLERK: S. Q. Long, Jr.
CASE NO.: 2:06cr267-WKW W
DEFT. NAME: CHARLES R. DUNLAP
USA: Morris
ATTY: Paul Cooper
Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO ( ) Stand In ONLY

USPTSO/USPO: _____

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES NAME: _____

- ☐ kars.    Date of Arrest _____ or ☐ karsr40
- ☐ kia.    Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ kcnsl.  Deft. First Appearance with Counsel
- ☐        Deft. First Appearance without Counsel
- ☐        Requests appointed Counsel  ☐ ORAL MOTION for Appointment of Counsel
- ☐ kfinaff. Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt. Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐        Deft. Advises he will retain counsel. Has retained _____
- ☐        Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐        Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg. Detention Hearing ☐ held; ☐ set for _____
- ☐ kotempdtn. ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn.  ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls. Release order entered. Deft. advised of conditions of release
- ☐ kbnd.   ☐ BOND EXECUTED (M/D AL charges) $_____ . Deft released (kloc LR)
           ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ kloc.(LC) Bond NOT executed. Deft to remain in Marshal's custody
- ☐        Preliminary Hearing ☐ Set for _____
- ☐ ko.    Deft. ORDERED REMOVED to originating district
- ☐ kwvprl. Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐        Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
- ☑ karr.  ARRAIGNMENT SET FOR: _____ ☑ HELD. Plea of **NOT GUILTY** entered. ✓
           ☑ Set for 1-8-07 Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
           DISCOVERY DISCLOSURES DATE: 11-29-06
- ☐ krmknn. NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. Identity/Removal Hearing set for _____
- ☐ kwvspt. Waiver of Speedy Trial Act Rights Executed