```
        IN THE UNITED STATES DISTRICT COURT FOR
            THE MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case NO.2:06cr267-WKW |
| RICHARD R. DUNLAP | * | |
|     Defendant. | * | |

### MOTION FOR CONTINUANCE

Comes now the Defendant, by and through his attorney, Paul R. Cooper, and pursuant to 18 U.S.C.3161 §§ (h)(8)(A) and (h)(8)(B) and move for a continuance from the January 8, 2006 criminal jury term of court. As grounds, they state as follows:

1. The co-defendant, Richard A. Evans, has filed an unopposed motion to continue the trial.

2. This motion is unopposed by the government, through Assistant United States Attorney A. Clark Morris.

3. The defendant anticipates that this case will be resolved on a plea.

4. The nature and terms of the plea bargain will be based upon further discussions and resolutions of issues which cannot be determined within the near future, thus making a continuance a necessity.

5. The defendant will file a waiver of speedy trial.

6. The ends of justice will be served by granting this

1

motion.

Wherefore, the Defendant requests a continuance.

                                 S/Paul R. Cooper  
                                 Paul R. Cooper  
                                 COOPER & COOPER  
                                 12 Scott Street  
                                 Montgomery, AL 36104  
                                 Phone: (334)262-4887  
                                 Fax:   (334)262-4880  
                                 E-mail: prc@cooperandcooperlaw.com  
                                 ASB-1152-R78P

**CERTIFICATE OF SERVICE**

I hereby certify that on the December 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: A. Clark Morris, Assistant United States Attorney, and I hereby certify that I have mailed by United States Postal Service, or delivered by other means, the documentation to the following non-CM/ECF participants: Howard Greenberg .

                                 Respectfully Submitted,

                                 S/Paul R. Cooper  
                                 Paul R. Cooper  
                                 COOPER & COOPER  
                                 12 Scott Street  
                                 Montgomery, AL 36104  
                                 Phone: (334)262-4887  
                                 Fax:   (334)262-4880  
                                 E-mail: prc@cooperandcooperlaw.com  
                                 ASB-1152-R78P

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case NO.2:06cr267-WKW |
| CHARLES R. DUNLAP, | * | |
|     Defendant. | * | |

**WAIVER OF RIGHT TO SPEEDY TRIAL**

Comes now CHARLES R. DUNLAP, by and through Paul R. Cooper, his counsel, and hereby gives notice of his waiver of his right to a speedy trial under the 18 U.S.C. §3161, et al. and the Sixth Amendment to the United States Constitution and hereby consents that the above styled case be continued from the January 8 criminal jury term of court.

Done this December 19, 2006.

s/Charles R. Dunlap
_____
CHARLES R. DUNLAP

s/Paul R. Cooper
_____
PAUL R. COOPER (COO022)
COOPER & COOPER
Attorney for
312 Scott Street
Montgomery, AL 36104
(334) 262-4887

1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Clark Morris, Assistant United States Attorney, and I hereby certify that I have mailed by United States Postal Service, or delivered by other means, the documentation to the following non-CM/ECF participants: none.

Respectfully Submitted,

S/Paul R. Cooper
Paul R. Cooper
COOPER & COOPER
12 Scott Street
Montgomery, AL 36104
Phone: (334)262-4887
Fax:   (334)262-4880
E-mail: prc@cooperandcooperlaw.com
ASB-1152-R78P