| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** December 21, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:05 - 3:09 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr267-WKW | **DEFENDANT(S)** Richard A. Evans, Charles R. Dunlap |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * Donnie Bethel (Evans) | |
| Verne Speirs standing in for Clark Morris | * Paul Cooper (Dunlap) | |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**
   Completed

❏ **PENDING MOTION STATUS:**

❏ **PLEA STATUS:**
   Charles Dunlap - likely plea
   Richard Evans - working on plea
   Notice of intent to change plea to be filed on or before noon on April 11, 2007

❏ **TRIAL STATUS**
   Trial time - 1-2 days

❏ **REMARKS:**
   Mr. Bethel's discussions regarding defendant Evans Rule 20 issue and consolidation
   with cases in two other districts

   Defendant Evans was present for this proceeding