IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CR. NO.2:06-cr-267-WKW |
| CHARLES R. DUNLAP | ) | |

MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL
TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody CHARLES R. DUNLAP, into the custody of Federal Bureau of Investigation Special Agent John Drew and/or Montgomery Police Department Officer C. J. Butterbaugh on January 17, 2007, through May 31, 2007, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

We further move the Court to enter an order directing Special Agents John Drew and/or C. J. Butterbaugh to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 17th day of January, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/A. Clark Morris
A. CLARK MORRIS    ASB-1613-N77A
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135 E-mail: clark. morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CR. NO.2:06-cr-267-WKW |
| CHARLES R. DUNLAP | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul R. Cooper, Esquire.

                                                                        LEURA G. CANARY
                                                                        UNITED STATES ATTORNEY

                                                                         s/ A. Clark Morris
                                                                        A. CLARK MORRIS
                                                                        Assistant United States Attorney
                                                                         One Court Square, Suite 201
                                                                         Montgomery, Alabama 36104
                                                                         Telephone: (334) 223-7280
                                                                         Fax: (334) 223-7135
                                                                         E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)   CR. NO.2:06-cr-267-WKW<br>CHARLES R. DUNLAP )  | |

ORDER

Upon consideration of the government's motion for release of prisoner (Doc. #    ), filed on January 17, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of CHARLES R. DUNLAP to Special Agents John Drew and/or C.J. Butterbaugh on January 17, 2007, through May 31, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  It is also

ORDERED that Special Agents John Drew and/or C. J. Butterbaugh shall return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Done this the _____ day of January,  2007.

_____
UNITED STATES MAGISTRATE JUDGE

_____