IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.2:06-cr-267-WKW |
| CHARLES R. DUNLAP ) | |

ORDER

Upon consideration of the government's motion for release of prisoner (Doc. # 44 ), filed on January 17, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of CHARLES R. DUNLAP to Special Agents John Drew and/or C.J. Butterbaugh on January 17, 2007, through May 31, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Special Agents John Drew and/or C. J. Butterbaugh shall return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Done, this 17th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE