```
           IN THE UNITED STATES DISTRICT COURT OF
                  MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION

UNITED STATES OF AMERICA,      *
     PLAINTIFF,                *
                               *
vs.                            *     CASE NO. 2:06cr267-WKW
                               *
CHARLES R. DUNLAP,             *
     DEFENDANT.                *
```

## NOTICE OF INTENT TO FILE PLEA
## AND REQUEST FOR EXPEDITED PRESENTENCE REPORT

COMES NOW CHARLES R. DUNLAP, by his counsel, Paul R. Cooper, and hereby gives notice of intent to file a plea of guilty, and requests an expedited presentence report and sentence. As grounds, he states as follows:

1. Defendant gives notice of his intent to change his plea to that of guilty.

2. Defendant and the Government have entered into a plea bargain agreement in which he agreed to plead guilty to an information charging him with misprison of felony under 18 U.S.C. §4.

3. Under the Rule 11(c)(1)(C), Federal Rules of Criminal Procedure plea bargain, "The Government agrees to recommend to the Court that the Defendant receive a sentence that is equal to the amount of time that the defendant has already spent in jail." This is a "time-served" sentence.

4. There is no just reason why a presentence report and sentence to "time-served" with no supervised release should not be accomplished within a reasonable time.

```
                              S/Paul R. Cooper
                              Paul R. Cooper
                              COOPER & COOPER
                              12 Scott Street
                              Montgomery, AL 36104
```

```
                         Phone: (334)262-4887
                         Fax:   (334)262-4880
                         E-mail: prc@cooperandcooperlaw.com
                         ASB-1152-R78P
```

**CERTIFICATE OF SERVICE**

I hereby certify that on the February 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan Redmond, Assistant United States Attorney, One Court Square, Suite 201, Montgomery, AL 36104 and I hereby certify that I have mailed by United States Postal Service the documentation to the following non-CM/ECF participants: none.

```
                         Respectfully Submitted,

                         S/Paul R. Cooper
                         Paul R. Cooper
                         COOPER & COOPER
                         12 Scott Street
                         Montgomery, AL 36104
                         Phone: (334)262-4887
                         Fax:   (334)262-4880
                         E-mail: prc@cooperandcooperlaw.com
                         ASB-1152-R78P
```