IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr267-WKW |
| | ) | |
| CHARLES R. DUNLAP | ) | INFORMATION |

The United States Attorney Charges:

On or about the 18th day of October, 2006, in Montgomery County, within the Middle District of Alabama, the defendant,

CHARLES R. DUNLAP,

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, bank robbery, did conceal the same by evading the police, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, in violation of Title 18, United States Code, Section 4.

*[signature]*
A. CLARK MORRIS
Assistant United States Attorney