AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

v.

CHARLES R. DUNLAP

**WAIVER OF INDICTMENT**

Case Number: 2:06cr267-WKW

I, CHARLES R. DUNLAP, the above named defendant, who is accused

of violation of Title 18, United States Code, Section 4, being advised of the nature of

the charge(s), the proposed information, and of my rights, hereby waive in open court on

_____3-2-2007_____ prosecution by indictment and consent that the proceeding may be by
         DATE
information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before_____
         Judicial Officer