```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| * | |
| VS. * | Case No. 2:06CR267-WKW |
| * | |
| CHARLES DUNLAP, * | |
| DEFENDANT. | |

### REQUEST FOR EXTRAORDINARY EXPENSES

Comes now CHARLES DUNLAP, by and through Paul R. Cooper, appointed counsel, and moves this court for extraordinary expenses pursuant to the CRIMINAL JUSTICE ACT, 18 U.S.C. §3006A(e). As grounds, he states as follows:

1. Charles Dunlap is due to be sentenced on May 8, 2008 at 9:00 a.m.

2. He has entered into a plea agreement in which he will be sentenced to "time served".

3. The United States Sentencing Guidelines provide that a sentence of supervised release for up to one year is an option.

4. Defendant desires to return to his hometown of Buffaloe, New York whether or not a term of supervised release is imposed. He requests that he be allowed to report to a United States Probation Officer in Buffaloe, New York if so imposed.

5. Defendant is without means or family to pay for his travel to Buffaloe, New York. He requests    extraordinary expenses to purchase a one-way bus ticket from Montgomery, Alabama to Buffaloe,

New York. He is 49 years old and fears for his safety if has to hitch-hike to leave Montgomery. It will be in all parties best interest if Charles Dunlap departs Montgomery, Alabama in a safe and sound manner.

    6.   There are Greyhound buses departing Montgomery, Alabama for Buffaloe, New York on May 8, 2007 at 10:30 a.m., 2:25 p.m., and 9:30 a.m. The cost for a one-way ticket is $68.00 with a 7 day advance purchase, and $143.50 standard price.

    Wherefore, these premises considered, Defendant requests extraordinary expenses for a standard or, if there is time, a 7 day advance purchase Greyhound bus ticket for a May 8, 2007, or date of sentencing.

                          S/Paul R. Cooper
                          Paul R. Cooper
                          COOPER & COOPER
                          12 Scott Street
                          Montgomery, AL 36104
                          Phone: (334)262-4887
                          Fax:  (334)262-4880
                          E-mail: prc@cooperandcooperlaw.com
                          ASB-1152-R78P

**CERTIFICATE OF SERVICE**

    I hereby certify that on the April 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: A. Clark Morris, Assistant United States Attorney, and

I hereby certify that I have mailed by United States Postal Service, or delivered by other means, the documentation to the following non-CM/ECF participants: NONE.

Respectfully Submitted,

S/Paul R. Cooper
Paul R. Cooper
COOPER & COOPER
12 Scott Street
Montgomery, AL 36104
Phone: (334)262-4887
Fax:   (334)262-4880
E-mail: prc@cooperandcooperlaw.com
ASB-1152-R78P