IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr267-WKW |
| | ) | |
| CHARLES DUNLAP | ) | |

**ORDER**

Upon consideration of defendant's request for extraordinary expenses (Doc. # 61), filed April 30, 2007, and for good cause, it is

ORDERED that the motion be and hereby is DENIED. The Criminal Justice Act, 18 U.S.C. §3006A(e), does not provide for the payment of transportation expenses for defendants after sentencing – rather, this section permits counsel to obtain investigative, expert, or other services necessary for adequate *representation* of an indigent defendant. In addition, although defendant has entered a plea agreement for "time served," the district judge has not yet accepted the plea or imposed a sentence, and the court could not approve advance purchase of a bus ticket for a specific date under these circumstances, in any event.

DONE, this 2nd day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE