AO 245B   (Rev. 06/05) Judgment in Criminal Case
 Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT: CHARLES R. DUNLAP
CASE NUMBER: 2:06cr267-002-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

27 Months

The court makes the following recommendations to the Bureau of Prisons:

**RETURNED AND FILED**

**SEP 25 2007**

CLERK
U.S. DIST...
M...LE D...

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __9-13-07__ to __FCI FLF__

at __Florence, CO__, with a certified copy of this judgment.

_JM Wilner, Warden_
UNITED STATES MARSHAL

By _____ LIE
DEPUTY UNITED STATES MARSHAL